# United States District Court
## Southern District of Georgia

TRE'VOR BARNES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 319-085

CYNTHIA STEWARD, Chief Counselor,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 19, 2020, the Report and Recommendation is ADOPTED as the Court's opinion; therefore, this case is DISMISSED without prejudice. This case stands CLOSED.

02/19/2020
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*